UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Morequity, Inc. | : | Civil Action No. 06-5890 |
| Plaintiff(s) | : | |
| v. | : | O R D E R |
| Chicago Title Insurance Co., et al | : | |
| Defendant(s) | : | |

For reasons placed on the record on November 5, 2009;

It is on this 6th day of **November, 2009**, that the following is **ORDERED**;

Defendant/Third Party Plaintiff United Mortgage Services, LLC's ("UMS") **Motion for Summary Judgment, Doc. #197 is DENIED.**

Third Party Defendants Michael Petruccelli ("Petruccelli") and Ralph Vitiello's ("Vitiello") **Motion for Summary Judgment, Doc. #198 is DENIED.**

Defendant Rose Mortgage, Inc.'s ("Rose Mortgage") **Motion for Summary Judgment, Doc. #199 is DENIED.**

Defendant/Cross-Claimant Chicago Title Insurance's ("Chicago Title") **Motion for Partial Summary Judgment, Doc. #200 is GRANTED in part DENIED in part.**

Plaintiff MorEquity's **Cross-Motion for Summary Judgment, Doc. #211 is DENIED.**

S/Susan D. Wigenton
SUSAN D. WIGENTON, U.S.D.J.